| | |
|---|---|
| Daniel Harshman, Esq.<br>COZEN O'CONNOR<br>777 South Figueroa Street<br>Suite 2850<br>Los Angeles, California 90017<br>Telephone: 213.892.7900<br>Facsimile: 213.892.7999 | Bryan A. McBurney<br>CLAUSEN MILLER P.C.<br>2040 Main Street<br>Suite 500<br>Irvine, California 92614<br>Telephone: 949.260.3100<br>Facsimile: 949.260.3190 |
| S. Ellyn Farley<br>COZEN O'CONNOR<br>222 S. Riverside Plaza<br>Suite 1500<br>Chicago, Illinois 60606<br>Telephone: 312.382.3197<br>Facsimile: 312.382.8910<br>*Admitted Pro Hac Vice* | Paul Bozych (Admitted PHV)<br>Todd M. Murphy (Admitted PHV)<br>CLAUSEN MILLER P.C.<br>10 South LaSalle Street<br>Suite 1600<br>Chicago, Illinois 60603<br>Telephone: 312.606.7697<br>Facsimile: 312.606.7777 |
| Attorneys for Plaintiff,<br>Lexington Insurance Company | Attorneys for Defendant<br>Schrader-Bridgeport International, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Lexington Insurance Company, as Subrogee of B-G Western, Inc.,<br><br>  Plaintiff,<br><br>vs.<br><br>Schrader-Bridgeport International, Inc.,<br><br>  Defendant. | Case No.: 3:09-cv-01509<br><br>Judge: Samuel Conti |

## **ORDER**

THIS CAUSE coming to be heard on the Parties' Joint Stipulation to Amend Status Conference Order, due notice having been given and the Court being fully advised:

IT IS HEREBY ORDERED that said Joint Stipulation is approved and the date for the completion of discovery in this action shall be extended by a period of 60 days, up to and including June 21, 2010, with a pre-trial conference and trial date to be set thereafter in accordance with the Court's calendar.

DATED: April 20, 2010        ENTERED: _____
                                            Samuel Conti

[Stamp: DENIED — Judge Samuel Conti — United States District Court, Northern District of California]

CHICAGO\761360\2 225197.000

1