Daniel Harshman, Esq.
COZEN O'CONNOR
777 South Figueroa Street
Suite 2850
Los Angeles, California 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Bryan A. McBurney
CLAUSEN MILLER P.C.
2040 Main Street
Suite 500
Irvine, California 92614
Telephone: 949.260.3100
Facsimile: 949.260.3190

S. Ellyn Farley
COZEN O'CONNOR
222 S. Riverside Plaza
Suite 1500
Chicago, Illinois 60606
Telephone: 312.382.3197
Facsimile: 312.382.8910
*Admitted Pro Hac Vice*

Paul Bozych (Admitted PHV)
Todd M. Murphy (Admitted PHV)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Suite 1600
Chicago, Illinois 60603
Telephone: 312.606.7697
Facsimile: 312.606.7777

Attorneys for Plaintiff,
Lexington Insurance Company

Attorneys for Defendant Schrader-Bridgeport International, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Lexington Insurance Company, as Subrogee of B-G Western, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Schrader-Bridgeport International, Inc., <br><br> Defendant. | Case No.: 3:09-cv-01509 <br><br> Judge: Samuel Conti <br><br> **AMENDED JOINT STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

PLAINTIFF LEXINGTON INSURANCE COMPANY, AS SUBROGEE OF B-G WESTERN, INC. AND DEFENDANT SCHRADER-BRIDGEPORT INTERNATIONAL, INC. HEREBY STIPULATE AS FOLLOWS:

1.      This is a contribution action, arising out of a previous action filed in the United States District, Northern District of California styled as *Feliciano Reyes v. The Home Dept and Erwin Industrial Tool Company* (erroneously sued as "BenzOmatic"), Case No. C-06-04863 SC (hereinafter "the underlying litigation").

2.      In the underlying action, the Plaintiff, Feliciano Reyes, alleged that a BernzOmatic T-4000 torch, which is hand-held torch attached to a MAPP gas canister,

ignited, causing him to sustain burn injuries.  The underlying litigation was settled following a mediation and pursuant to a Settlement Agreement and General Release entered into between Mr. Reyes and the defendants in the underlying litigation.

3.     Plaintiff in this action, Lexington Insurance Company, has alleged that the cause of the ignition of the fire that caused Mr. Reyes' burn injuries was a leak with the valve on the canister, provided by Defendant, Schrader-Bridgeport International, Inc., when the torch was removed from the canister.

4.     At approximately 4:14 p.m. CDT on Friday, April 30, 2010, Defendant, Schrader-Bridgeport International, Inc., filed its Motion for Summary Judgment (See, ECF No. 42).

5.     Pursuant to Local Rule 7-3(a), entitled Opposition, "[a]ny opposition to a motion must be served and filed not less than 21 days before the hearing date."  In addition, Local Rule 7-3(a) provides that, "[t]he opposition may include a proposed order, affidavits or declarations, as well as a brief or memorandum under Civil L.R. 7-4"

6.     At the time Defendant's Motion for Summary Judgment was electronically filed, a hearing date on the motion was set for May 28, 2010 (See, ECF No. 42).  As such, pursuant to Local Rule 7-3(a), Plaintiff's opposition and accompanying or supporting affidavits were to be served and filed on May 7, 2010.[1]

7.     Due to the hearing date that was set for the motion and in light of the requirements of Local Rule 7-3, Plaintiff was provided a period of only seven (7) days to submit its opposition to Defendant's dispositive motion.

8.     Pursuant to Local Rule 6-1, Plaintiff is seeking an extension of time, by stipulation, of seven (7) days, up to and including May 14, 2010, to file its memorandum in opposition to Defendant's Motion for Summary Judgment.  Defense counsel has agreed to this request for an enlargement of time of seven (7) days in

---

[1] The parties previously filed a joint stipulation for an enlargement of time for Plaintiff to file its opposition to Defendant's Motion for Summary Judgment on May 7, 2010.  This amended stipulation provides further clarification and detail per the request of the Court.

order for Plaintiff to file and serve its opposition to the Motion for Summary Judgment. Defendant's Reply in Support of its Motion for Summary Judgment will then be due seven (7) days thereafter, on or by May 21, 2010.

9.    Pursuant to Local Rule 6-2(a)(2), no previous time modifications have been granted by Court order.

10.    Pursuant to Local Rule 6-2(a)(3), there are no known effects that the requested time modification would have on the schedule for the case. Specifically, the entry of an order enlarging the time for the filing of Plaintiff's opposition to Defendant's Motion for Summary Judgment will not impact any further or future dates in this action, including the pre-trial conference, the trial, or any deadlines for the submission of pre-trial materials.

11.    Moreover, Plaintiff would incur substantial harm and prejudice if not allowed to file an opposition to the pending motion for summary judgment pursuant to Local and Federal Rules, insofar as Plaintiff would not be permitted to provide pertinent information for the Court's consideration prior to disposition of this action. In addition, while Plaintiff would incur severe prejudice absent a nominal enlargement of time to file its opposition and accompanying affidavit to the pending motion, no such harm or prejudice would result from the entry of the Order sought.

12.    This stipulation is not filed to unnecessarily delay the progress and resolution of this litigation.

13.    Defendant's Motion for Summary Judgment is being submitted on the papers only, and no oral argument is requested. As such, the hearing previously set on the Motion for Summary Judgment on May 28, 2010 (See, ECF No. 42) can be stricken from the Court's calendar.

WHEREFORE Plaintiff, Lexington Insurance Company, as Subrogee of B-G Western, Inc., and Defendant, Schrader-Bridgeport International, Inc., respectfully request that this Court enter an Order, extending the date for the filing and service of Plaintiff's Opposition to Defendant's Motion for Summary Judgment by a period of

seven (7) days, up to and including May 14, 2010, and extending the date for the filing

and service of Defendant's Reply in Support of its Motion for Summary Judgment up

to and including May 21, 2010, and striking the hearing on Defendant's Motion for

Summary Judgment set for May 28, 2010, and for any other relief this Court deems

just and appropriate.

DATE:  5/12/2010                    COZEN O'CONNOR


By:s/S. Ellyn Farley
   S. Ellyn Farley (*Admitted PHV*)
   222 S. Riverside Plaza
   Suite 1500
   Chicago, Illinois 60606
   Telephone: 312.382.3197
   Facsimile: 312.382.8910

   and

   Daniel Harshman
   777 South Figueroa Street
   Suite 2850
   Los Angeles, California 90017
   Telephone: 213.892.7000
   Facsimile: 213.892.7999

   ***Attorneys for Plaintiff, Lexington
   Insurance Company***


DATE:  05/12/2010                   CLAUSEN MILLER P.C.


By: s/Todd M. Murphy (with consent)
    Todd M. Murphy (*Admitted PHV*)
    Paul Bozych (*Admitted PHV*)
    10 South LaSalle Street
    Suite 1600
    Chicago, Illinois 60603
    Telephone: 312.606.7697
    Facsimile: 312.606.7777

    Bryan A. McBurney
    2040 Main Street, Suite 500
    Irvine, California 92614
    Telephone: 949.260.3100
    Facsimile: 949.260.3190
    ***Attorneys for Defendant Schrader-
    Bridgeport International, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following attorneys and I hereby certify that the above and foregoing was delivered, via email on this 12th day of May, 2010, to:

Todd M. Murphy (*Admitted PHV*)
Paul Bozych (*Admitted PHV*)\
CLAUSEN MILLER P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312.606.7697
Facsimile: 312.606.7777

and

Bryan A. McBurney
2040 Main Street
Suite 500
Irvine, California 92614
Telephone: 949.260.3100
Facsimile: 949.260.3190
*Attorneys for Defendant Schrader-Bridgeport International, Inc.*

_____

1  Daniel Harshman, Esq.                    Bryan A. McBurney
   COZEN O'CONNOR                           CLAUSEN MILLER P.C.
2  777 South Figueroa Street                2040 Main Street
   Suite 2850                               Suite 500
3  Los Angeles, California 90017            Irvine, California 92614
   Telephone: 213.892.7900                  Telephone: 949.260.3100
4  Facsimile: 213.892.7999                  Facsimile: 949.260.3190

5  S. Ellyn Farley                          Paul Bozych (Admitted PHV)
   COZEN O'CONNOR                           Todd M. Murphy (Admitted PHV)
6  222 S. Riverside Plaza                   CLAUSEN MILLER P.C.
   Suite 1500                               10 South LaSalle Street
7  Chicago, Illinois 60606                  Suite 1600
   Telephone: 312.382.3197                  Chicago, Illinois 60603
8  Facsimile: 312.382.8910                  Telephone: 312.606.7697
   *Admitted Pro Hac Vice*                  Facsimile: 312.606.7777

9
   Attorneys for Plaintiff,                 Attorneys for Defendant Schrader-
10 Lexington Insurance Company              Bridgeport International, Inc.

11                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION

13
   Lexington Insurance Company, as Subrogee  )  Case No.: 3:09-cv-01509
14 of B-G Western, Inc.,                      )
                                              )  Judge: Samuel Conti
15              Plaintiff,                     )
                                              )  **AMENDED JOINT**
16       vs.                                   )  **STIPULATION FOR**
                                              )  **ENLARGEMENT OF TIME FOR**
17 Schrader-Bridgeport International, Inc.,    )  **PLAINTIFF TO FILE**
                                              )  **OPPOSITION TO**
18              Defendant.                     )  **DEFENDANT'S MOTION FOR**
                                              )  **SUMMARY JUDGMENT**
19                                             )
                                              )
20 _____ )

21 PLAINTIFF LEXINGTON INSURANCE COMPANY, AS SUBROGEE OF B-G
   WESTERN, INC. AND DEFENDANT SCHRADER-BRIDGEPORT
22 INTERNATIONAL, INC.  HEREBY STIPULATE AS FOLLOWS:

23       1.      This is a contribution action, arising out of a previous action filed in the

24 United States District, Northern District of California styled as *Feliciano Reyes v. The*

25 *Home Dept and Erwin Industrial Tool Company* (erroneously sued as "BenzOmatic"),

26 Case No. C-06-04863 SC (hereinafter "the underlying litigation").

27       2.      In the underlying action, the Plaintiff, Feliciano Reyes, alleged that a

28 BernzOmatic T-4000 torch, which is hand-held torch attached to a MAPP gas canister,

                                      1

ignited, causing him to sustain burn injuries.  The underlying litigation was settled following a mediation and pursuant to a Settlement Agreement and General Release entered into between Mr. Reyes and the defendants in the underlying litigation.

3.      Plaintiff in this action, Lexington Insurance Company, has alleged that the cause of the ignition of the fire that caused Mr. Reyes' burn injuries was a leak with the valve on the canister, provided by Defendant, Schrader-Bridgeport International, Inc., when the torch was removed from the canister.

4.      At approximately 4:14 p.m. CDT on Friday, April 30, 2010, Defendant, Schrader-Bridgeport International, Inc., filed its Motion for Summary Judgment (See, ECF No. 42).

5.      Pursuant to Local Rule 7-3(a), entitled Opposition, "[a]ny opposition to a motion must be served and filed not less than 21 days before the hearing date."  In addition, Local Rule 7-3(a) provides that, "[t]he opposition may include a proposed order, affidavits or declarations, as well as a brief or memorandum under Civil L.R. 7-4"

6.      At the time Defendant's Motion for Summary Judgment was electronically filed, a hearing date on the motion was set for May 28, 2010 (See, ECF No. 42).  As such, pursuant to Local Rule 7-3(a), Plaintiff's opposition and accompanying or supporting affidavits were to be served and filed on May 7, 2010.[1]

7.      Due to the hearing date that was set for the motion and in light of the requirements of Local Rule 7-3, Plaintiff was provided a period of only seven (7) days to submit its opposition to Defendant's dispositive motion.

8.      Pursuant to Local Rule 6-1, Plaintiff is seeking an extension of time, by stipulation, of seven (7) days, up to and including May 14, 2010, to file its memorandum in opposition to Defendant's Motion for Summary Judgment.  Defense counsel has agreed to this request for an enlargement of time of seven (7) days in

---

[1] The parties previously filed a joint stipulation for an enlargement of time for Plaintiff to file its opposition to Defendant's Motion for Summary Judgment on May 7, 2010.  This amended stipulation provides further clarification and detail per the request of the Court.

order for Plaintiff to file and serve its opposition to the Motion for Summary Judgment. Defendant's Reply in Support of its Motion for Summary Judgment will then be due seven (7) days thereafter, on or by May 21, 2010.

9.     Pursuant to Local Rule 6-2(a)(2), no previous time modifications have been granted by Court order.

10.     Pursuant to Local Rule 6-2(a)(3), there are no known effects that the requested time modification would have on the schedule for the case. Specifically, the entry of an order enlarging the time for the filing of Plaintiff's opposition to Defendant's Motion for Summary Judgment will not impact any further or future dates in this action, including the pre-trial conference, the trial, or any deadlines for the submission of pre-trial materials.

11.     Moreover, Plaintiff would incur substantial harm and prejudice if not allowed to file an opposition to the pending motion for summary judgment pursuant to Local and Federal Rules, insofar as Plaintiff would not be permitted to provide pertinent information for the Court's consideration prior to disposition of this action. In addition, while Plaintiff would incur severe prejudice absent a nominal enlargement of time to file its opposition and accompanying affidavit to the pending motion, no such harm or prejudice would result from the entry of the Order sought.

12.     This stipulation is not filed to unnecessarily delay the progress and resolution of this litigation.

13.     Defendant's Motion for Summary Judgment is being submitted on the papers only, and no oral argument is requested. As such, the hearing previously set on the Motion for Summary Judgment on May 28, 2010 (See, ECF No. 42) can be stricken from the Court's calendar.

WHEREFORE Plaintiff, Lexington Insurance Company, as Subrogee of B-G Western, Inc., and Defendant, Schrader-Bridgeport International, Inc., respectfully request that this Court enter an Order, extending the date for the filing and service of Plaintiff's Opposition to Defendant's Motion for Summary Judgment by a period of

seven (7) days, up to and including May 14, 2010, and extending the date for the filing and service of Defendant's Reply in Support of its Motion for Summary Judgment up to and including May 21, 2010, and striking the hearing on Defendant's Motion for Summary Judgment set for May 28, 2010, and for any other relief this Court deems just and appropriate.

DATE:  5/12/2010                    COZEN O'CONNOR

                                    By:s/S. Ellyn Farley
                                    S. Ellyn Farley (*Admitted PHV*)
                                    222 S. Riverside Plaza
                                    Suite 1500
                                    Chicago, Illinois 60606
                                    Telephone: 312.382.3197
                                    Facsimile: 312.382.8910

                                    and

                                    Daniel Harshman
                                    777 South Figueroa Street
                                    Suite 2850
                                    Los Angeles, California 90017
                                    Telephone: 213.892.7000
                                    Facsimile: 213.892.7999

                                    ***Attorneys for Plaintiff, Lexington Insurance Company***

DATE:  05/12/2010                   CLAUSEN MILLER P.C.

                                    By: s/Todd M. Murphy (with consent)
                                    Todd M. Murphy (*Admitted PHV*)
                                    Paul Bozych (*Admitted PHV*)
                                    10 South LaSalle Street
                                    Suite 1600
                                    Chicago, Illinois 60603
                                    Telephone: 312.606.7697
                                    Facsimile: 312.606.7777

                                    Bryan A. McBurney
                                    2040 Main Street, Suite 500
                                    Irvine, California 92614
                                    Telephone: 949.260.3100
                                    Facsimile: 949.260.3190
                                    ***Attorneys for Defendant Schrader-Bridgeport International, Inc.***

4

## **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following attorneys and I hereby certify that the above and foregoing was delivered, via email on this 12th day of May, 2010, to:

Todd M. Murphy (*Admitted PHV*)
Paul Bozych (*Admitted PHV*)\
CLAUSEN MILLER P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312.606.7697
Facsimile: 312.606.7777

and

Bryan A. McBurney
2040 Main Street
Suite 500
Irvine, California 92614
Telephone: 949.260.3100
Facsimile: 949.260.3190
*Attorneys for Defendant Schrader-Bridgeport International, Inc.*

_____

1    Daniel Harshman, Esq.            Bryan A. McBurney
      COZEN O'CONNOR            CLAUSEN MILLER P.C.

2    777 South Figueroa Street       2040 Main Street
      Suite 2850                     Suite 500

3    Los Angeles, California 90017    Irvine, California 92614
      Telephone: 213.892.7900      Telephone: 949.260.3100

4    Facsimile: 213.892.7999       Facsimile: 949.260.3190

5    S. Ellyn Farley               Paul Bozych (Admitted PHV)
      COZEN O'CONNOR            Todd M. Murphy (Admitted PHV)

6    222 S. Riverside Plaza        CLAUSEN MILLER P.C.
      Suite 1500                    10 South LaSalle Street

7    Chicago, Illinois 60606       Suite 1600
      Telephone: 312.382.3197      Chicago, Illinois 60603

8    Facsimile: 312.382.8910       Telephone: 312.606.7697
      *Admitted Pro Hac Vice*        Facsimile: 312.606.7777

9

10   Attorneys for Plaintiff,         Attorneys for Defendant
      Lexington Insurance Company    Schrader-Bridgeport International, Inc.

11

                  UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION

13

14   Lexington Insurance Company, as Subrogee  )   Case No.: 3:09-cv-01509
      of B-G Western, Inc.,               )

15                                )   Judge: Samuel Conti
                Plaintiff,           )

16                                )
       vs.                       )

17                                )
      Schrader-Bridgeport International, Inc.,     )

18                                )

19               Defendant.        )
                               )

20   _____ )

21

                             **ORDER**
22

23       THIS CAUSE coming to be heard on the Parties' Joint Stipulation for
Enlargement of Time for Plaintiff to File its Opposition to Defendant's Motion for

24   Summary Judgment, due notice having been given and the Court being fully advised:

25       IT IS HEREBY ORDERED that: 1) said Joint Stipulation is approved and the

26   date for the filing and service of Plaintiff's Opposition to Defendant's Motion for
      Summary Judgment shall be extended by a period of seven (7) days, up to and

27   including May 14, 2010; 2) the date for the filing and service of Defendant's Reply in

28   Support of its Motion for Summary Judgment up to and including May 21, 2010; and

3) the hearing on Defendant's Motion for Summary Judgment set for May 28, 2010 shall be stricken.


DATED:_____6/3_____, 2010          ENTERED: _____

                                            Senior _____ Conti

                                            Judge Samuel Conti