Daniel Harshman, Esq.
COZEN O'CONNOR
777 South Figueroa Street
Suite 2850
Los Angeles, California 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

S. Ellyn Farley
COZEN O'CONNOR
333 W. Wacker Drive
Suite 1900
Chicago, Illinois 60606
Telephone: 312.382.3197
Facsimile: 312.382.8910
*Admitted Pro Hac Vice*

Attorneys for Plaintiff,
Lexington Insurance Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Lexington Insurance Company, as Subrogee of B-G Western, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Schrader-Bridgeport International, Inc., <br><br> Defendant. | Case No.: 3:09-cv-01509 <br><br> Judge: Samuel Conti |

**ORDER**

Before the Court is a Stipulation of Dismissal filed by Plaintiff, Lexington Insurance Company, as subrogee of B-G Western, Inc., and Defendant, Schrader-Bridgeport International, Inc.,

Accordingly, it is hereby

ORDERED that the above-captioned cause of action is dismissed, with prejudice, as to Defendant, Schrader-Bridgeport International, Inc., and both parties shall bear their own costs and attorneys' fees in the prosecution and/or defense of this case.

DATED:  June 21  , 2010       ENTERED: _/s/ Samuel Conti_
                                       Senior Judge Samuel Conti

CHICAGO\772572\1 225197.000

1